FILED
CLERK, U.S. DISTRICT COURT
11/19/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISAEL ROMERO,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS PANIAGUA, et al.,<br><br>        Defendants. | NO. ED CV 19-1848 FMO (KKx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 19th day of November, 2019.

                                                                             /s/
                                        Fernando M. Olguin
                                      United States District Judge